# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Selective Insurance Company of South Carolina, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00207-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Adam C. Duffy | ) | |
| Lawn Etc., LLC | ) | |
| Lydia Duffy, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2023 Order.

August 11, 2023

Katherine Hord Simon, Clerk
United States District Court